**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6620

VICTOR CALDERON,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER FOSTER; UNITED STATES OF
AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Thomas E. Johnston,
District Judge.  (5:05-cv-00696)

Submitted:  February 6, 2008      Decided:  February 15, 2008

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor Calderon, Appellant Pro Se.  Stephen Michael Horn, Assistant
United States Attorney, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Calderon appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion for summary judgment on Calderon's complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C.A. §§ 1346, 2671-2680 (West 2006 & Supp. 2007). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Calderon v. Foster</u>, No. 5:05-cv-00696 (S.D. W. Va. Mar. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>